UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DIANA STEVENS-REYNOLDS** § | | **CIVIL ACTION NO.: 2:22-cv-1238** |
| § | | |
| **Versus** § | | |
| § | | **JUDGE JAMES D. CAIN, JR.** |
| **WILSHIRE INSURANCE COMPANY,** § | | |
| **AND IAT INSURANCE GROUP** § | | **MAGISTRATE JUDGE KATHLEEN** |
| § | | **KAY** |
| § | | |

## PLAINTIFF'S MOTION TO ENROLL

NOW INTO COURT comes attorney Dominique S. Badon on behalf of Galindo Law Firm, who wishes to enroll as counsel of record for Plaintiff Diana Stevens-Reynolds in the above-mentioned matter. Attorney Badon is a member of the Louisiana State Bar, and whose membership with the United States District Court, Western District of Louisiana, Lake Charles Division is in good standing.

Respectfully submitted,

_____
Dominique S. Badon
Bar No. 36359
Galindo Law Firm
3850N. Causeway Blvd. Suite 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEY FOR THE PLAINTIFF**