UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **STEVEN-REYNOLDS** | **CASE NO. 2:22-CV-01238** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **WILSHIRE INSURANCE CO ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

### JUDGMENT

Before the Court is a Bill of Costs[1] followed by the Clerk's Taxation of Costs.[2] Plaintiff chose to not file an opposition to Defendant, Wilshire Insurance Company's Bill of Costs or file a Motion to Review Costs pursuant to Federal Rule of Civil Procedure 54(d) and L.R. 54.5. In the Clerk's Taxation of Costs, the following costs were determined to be allowed:

| | |
|---|---|
| (1) Court Reporter Transcription Costs | $3,133.70 |
| (2) Fees for Witnesses | $ 1,772.19 |
| (3) Fees for Printing/Copies | $ 532.19 |
| TOTAL | **$5,438.08** |

Accordingly, after review of the Clerk's Taxation of Costs, and finding them in accordance with 28 U.S.C. § 1920,

---

[1] Doc. 169.
[2] Doc. 172.

**IT IS ORDERED** that there be judgment in favor of Defendant Wilshire Insurance Company, and against Plaintiff, Diana Steven-Reynolds for a total amount of $5,438.08 (FIVE THOUSAND FOUR HUNDRED THIRTY-EIGHT DOLLARS AND EIGHT CENTS).

**THUS DONE AND SIGNED** in Chambers on this 12th day of June, 2025.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE